# Exhibit J

<u>Transcript of Chavez's BWC Footage (10057_00031820191012191954_0020)</u>

Saenz: [0:00:16] I'm right here. I'm right here.

Chavez: [0:00:17] Let me get you guys over here. Right over here please.

Rebecca Samaniego: [0:00:19] My daughter. He was choking my daughter.

[0:00:22] Unintelligible conversation between Lane and Saenz.

Saenz: [0:00:25] Alright, alright, alright, alright, alright.

Chavez: [0:00:27] STOP!

Saenz: [0:00:28] Alright, alright.

Lane: [0:00:29] Get on the ground.

Saenz: [0:00:30] Unintelligible. Let me just take my shirt off.

Chavez: [0:00:31] STOP!

Saenz: [0:00:32] Can I take my shirt off?

Chavez: [0:00:32] No!

Lane: [0:00:33] Get on the ground.

Saenz: [0:00:34] Look. (Unintelligible) take my shirt off.

Chavez: [0:00:35] Get on. Get on the ground.

Lane: [0:00:37] All you gotta do.

Saenz: [0:00:37] I'm gonna just take my shirt off.

Chavez: [0:00:38] Get on the ground.

Lane: [0:00:40] Get on the ground. Get on the ground. I'm going to tell you one more time.

Saenz: [0:00:44] (Unitelligible). Okay.

[0:00:45] TASER deployed

Saenz: [0:00:45] Ahhhh!

Lane: [0:00:48] Get on the ground! Now!

Saenz: [0:00:48] Alright.

Chavez: [0:00:49] Get on the ground!

Lane: [0:00:50] Get on the ground. Get on the ground. Get on the ground.

Saenz: [0:00:53] Alright, alright, alright.

Lane: [0:00:55] Get on your stomach.

Saenz: [0:00:56] Alright, alright, alright, alright, alright, alright. Ahh!

Lane: [0:01:05] Get on the ground. Get on the ground.

Saenz: [0:01:06] Ahh!

Lane: [0:01:08] Stop fighting. Stop resisting. Put your hands behind your back.

Saenz: [0:01:12] Alright.

Lane: [0:01:13] Put your hands behind your back.

Saenz: [0:01:14] Alright.

Chavez: [0:01:15] He's still resisting.

Lane: [0:01:16] Put your hands be…

Saenz: [0:01:17] Ahh!

Lane: [0:01:19] Put your hands behind your back. Are you done?

Saenz: [0:01:22]Alright.

Chavez: [0:01:23] Put your hands behind your back!

Lane: [0:01:24] Put your hands behind your back. I'm gonna give it again.

Saenz: [0:01:26] Okay, okay.

Lane: [0:01:27] Put em behind your back.

Saenz: [0:01:27] Alright. Look.

Lane: [0:01:30] Last time I'm gonna tell you dude.

Saenz: [0:01:31] Alright.

Chavez: [0:01:33] He's still resisting.

Saenz: [0:01:33] Ahh!

Lane: [0:01:35] Don't touch my Taser.

Saenz: [0:01:35] Ahh!

Lane: [0:01:40] (Unintelligible) 84-10-18, we're fighting with him in the street, 29th.

Saenz: [0:01:48] Ahh!

Lane: [0:01:49] Get on the ground now. Come up here now. (Unintelligible). Get on the ground.

Saenz: [0:01:57] Alright.

Lane: [0:01:58] Get on the ground. Get out the street.

Saenz: [0:02:01] Alright, alright.

Lane: [0:02:03] Stop fighting.

Saenz: [0:02:03] Stop.

Lane: [0:02:04] Stop fighting

Saenz: [0:02:05] Maria Saenz is my mom.

Lane: [0:02:07] Stop fighting. Listen to us. That's all you gotta do.

Saenz: [0:02:10] Alright, alright.

Chavez: [0:02:13] I got his hand. Left hand.

Saenz: [0:02:15] Alright.

Lane: [0:02:16] Give me your other hand or we're gonna have a problem.

Saenz: [0:02:17] Alright! Ohh!

Lane: [0:02:21] We're on 29th and 5th Street. (Unintelligible)

Saenz: [0:02:31] Ahh!

Lane: [0:02:33] Stop fighting.

Saenz: [0:02:35] (Unintelligible) I can't get up.

Lane: [0:02:36] Nope. All you gotta do. Put your hands behind your back.

Saenz: [0:02:43] Alright, alright.

Lane: [0:02:44] All you gotta do. Put your hands behind your back. Stop fighting. Are you done yet?

Saenz: [0:02:51] Yes.

Lane: [0:02:53] Put your hands behind your back then.

Saenz: [0:02:54] Okay.

Lane: [0:02:57] All you gotta do bud.

Unknown female (most likely Reina Samaniego): [0:03:00] Steve stop it!

Saenz: [0:03:02] Alright.

Unknown female (most likely Reina Samaniego): [0:03:03] Get down! Get down Steve!

Lane: [0:03:07] Put your hands behind your back. It's all you gotta do.

Chavez: [0:03:09] Are you ready?

Unknown female (most likely Reina Samaniego): [0:03:10] Get down Steve.

Chavez: [0:03:11] Are you ready?

Saenz: [0:03:12] No.

Unknown female (most likely Reina Samaniego): [0:03:12] Get down Steve. Steve. Stop.

Saenz: [0:03:21] Alright. I am not resisting.

Chavez: [0:03:23] Well put your hands behind your back. Yes you are. Stop fightin.

Unknown female (most likely Reina Samaniego): [0:03:29] Get down Steve. Get down.

Lane: [0:03:31] Stop fighting dude.

Saenz: [0:03:36] Maria Saenz is my mom.

Lane: [0:03:41] Stop fighting with us. Stop fighting.

Saenz: [0:03:53] Okay. I can't breathe.

Lane: [0:03:54] Well put your hands behind your back.

Saenz: [0:03:56] I can't breathe.

Chavez: [0:04:07] Stay down!

Lane: [0:04:11] (Unintelligible) hurt you brother. Stop fighting.

Chavez: [0:04:18] Negative. We're still fighting with him in the street need assistance.

Saenz: [0:04:22] Alright, alright.

Chavez: [0:04:36] Stop fighting.

Saenz: [0:04:37] Ahh.

Chavez: [0:04:38] Stop fighting.

Lane: [0:04:40] Are you done?

Saez: [0:04:41] Why you guys switch! (Unintelligible) (Gagging sounds)

Lane: [0:05:00] (Unintelligible) dude.

Saenz: [0:05:03] Alright. Ahh!

Lane: [0:05:28]  Are you done dude?

Saenz: [0:05:47] Alright.

Lane: [0:05:49] I can sit here forever dude. Give me your hand.

[0:06] TPD sirens get closer.

Lane: [0:06:34] Okay dude.

Unknown TPD officer: [0:06:39] (Unintelligible) leg.

Lane: [0:06:40] Somebody get this right hand so I can get it up.

Unknown TPD officer: [0:06:45] Give me his leg. I got it bro. I got it. Cross his legs.


(Ended at 0:6:49 into the video when TPD is assisting with restraining Saenz)